

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2022

No. 04-21-00544-CV

**IN THE INTEREST OF B.C.S.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01057
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

The en banc court has considered appellant's motion for en banc reconsideration; the motion is DENIED. *See* TEX. R. APP. P. 49.5.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2022.

_____
Michael A. Cruz,
Clerk of Court